NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1368

WYETH HOLDINGS CORPORATION and WYETH,

Plaintiffs-Appellants,

v.

Kathleen Sebelius, SECRETARY OF HEALTH AND HUMAN SERVICES,
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
Dr. Margaret Hamburg, COMMISSIONER OF FOOD AND DRUGS,
UNITED STATES FOOD AND DRUG ADMINISTRATION,
John J. Doll, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL
PROPERTY and DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK
OFFICE, and UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendants-Appellees.

Appeal from the United States District Court for the District of Columbia in case nos. 08-
CV-00981, Judge Henry H. Kennedy, Jr.,

ON MOTION

O R D E R

Wyeth Holdings Corporation and Wyeth (Wyeth) move without opposition for a 30-day extension of time, until August 27, 2009, for Wyeth to file its brief, a 22-day extension of time, until October 28, 2009, for the Secretary of Health and Human Services et al. to file their brief, and for a 14-day extension of time, until November 25, 2009, for Wyeth to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 0 8 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Randolph D. Moss, Esq.
Drake S. Cutini, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 8 2009

JAN HORBALY
CLERK

2009-1368                                    2